UNITED STATES COURT OF INTERNATIONAL TRADE

EMERA ENERGY SERVICES, INC.,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.

Before:  Timothy C. Stanceu, Senior Judge
Court No. 18-0074

## CONSENT MOTION TO STAY FURTHER PROCEEDINGS

NOW COMES Plaintiff Emera Energy Services, Inc. ("Emera"), pursuant to Rule 7 of the Rules of the United States Court of International Trade, and hereby moves this Court to stay of further proceedings for a period of three months, beginning July 1, 2021, with the consent of Defendant, the United States of America.  In support thereof, Emera states as follows:

The power to stay proceedings "is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants."  *Landis v. North American Co.*, 299 U.S. 248, 254 (1936).  The decision to grant a stay rests with this Court's sound discretion, and although a "strong showing" of need for a stay may be required, it is *only* where there is a "fair possibility" that the stay will work damage to someone else.  *Jiaxing Bro. Fastener Co., Ltd. v. U.S.*, 179 F. Supp. 3d 1156, 1160 (Ct. Intl. Trade 2016) (quoting *Landis*, 299 U.S. at 255) (emphasis in the original).

Here, a limited, three-month stay will not result in an injury to any party, and it will promote judicial economy and conserve party resources.  As referenced in previous motions to amend the Court's scheduling order, the parties have engaged in discussions regarding resolution or possible settlement.  As a part of those discussions, questions over the application of the United States-Mexico-Canada Agreement (the "USMCA") to natural gas imports have arisen.

I-1792834.1

As part of a possible resolution, Emera and the United States seek a three-month stay of this litigation, in order for Emera to have time to seek an internal advice decision from Customs and Border Protection. Following this administrative process, and pending the ruling from Customs and Border Protection, the parties may be able to resolve the current case.

Thus, the criteria for a stay is met. First, the economy of resources favors a stay. If a stay is not entered, the parties must continue with depositions and expert discovery. The burden on both parties to litigate the case, while resolution is possible through an administrative process, is substantial. In turn, there is no hardship on other parties if a stay is imposed. Indeed, the United States consents to this limited, three-month stay, as on June 25, 2021, Monica Triana, counsel for the United States Government, informed the undersigned that, on behalf of her client, she consents to the relief requested in Emera's instant Motion.

A proposed order granting the relief requested in this Motion is attached hereto.

WHEREFORE, Plaintiff Emera Energy Services, Inc. respectfully requests that this Consent Motion be granted.

Dated: June 25, 2021                                EMERA ENERGY SERVICES, INC.

                                                    By  */s/ Jeanne E. Noonan*
                                                        Jeanne E. Noonan, Esq.
                                                        Leonard L. Fleisig, Esq.
                                                        Willcox & Savage, P.C.
                                                        440 Monticello Avenue, Suite 2200
                                                        Norfolk, Virginia 23510
                                                        Telephone:  757.628.5554
                                                        Facsimile:   757.628.5566
                                                        jnoonan@wilsav.com
                                                        lfleisig@wilsav.com
                                                        *Counsel for Emera Energy Services, Inc.*

# CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of June, 2021, a true copy of the foregoing was electronically filed on the Court's CM/ECF filing system, which will then send a notification of such filing to the following counsel of record:

Monica Triana, Esquire
Peter Mancuso, Esquire
Civil Division, U.S. Department of Justice
Commercial Litigation Branch
26 Federal Plaza – Suite 346
New York, New York
Telephone: (212) 264-9240
Monica.P.Triana@usdoj.gov
Peter.A.Mancuso@usdoj.gov

              /s/ *Jeanne E. Noonan*
              Jeanne E. Noonan, Esq.
              Willcox & Savage, P.C.
              440 Monticello Avenue, Suite 2200
              Norfolk, Virginia 23510
              Telephone: 757.628.5554
              Facsimile: 757.628.5566
              jnoonan@wilsav.com
              *Counsel for Emera Energy Services, Inc.*