**UNITED STATES COURT OF INTERNATIONAL TRADE**

| | |
|---|---|
| **EMERA ENERGY SERVICES, INC.**, <br><br>    Plaintiff, <br><br>v. <br><br>**UNITED STATES OF AMERICA**, <br><br>    Defendant. | Before: Timothy C. Stanceu, Senior Judge <br> Court No. 18-00074 |

**ORDER GRANTING MOTION TO STAY**

Plaintiff has moved the Court, seeking a three-month stay of the proceedings to allow Plaintiff to seek an administrative ruling from Customs and Border Protection, as part of a possible resolution of this case. Defendant consents to the relief requested in this Motion. Upon consideration of Plaintiff's Motion, and upon due deliberation, it is hereby ORDERED that Plaintiff's Motion to Stay be GRANTED, and this case shall be stayed for a period of three-months, beginning July 1, 2021 and ending September 30, 2021.

                                                          /s/ Timothy C. Stanceu<br>
                                          TIMOTHY C. STANCEU, SENIOR JUDGE

Dated: June 25, 2021<br>
New York, NY

I-1792835.1